IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02963-BNB

GEORGE L. MILLER,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

---

ORDER DISMISSING CASE

---

    Plaintiff, George L. Miller, is a prisoner in the custody of the Colorado Department of Corrections. On October 29, 2013, Mr. Miller submitted to the Court *pro se* a letter (ECF No. 1) complaining that his religious rights have been violated and seeking an injunction to protect him from retaliation. The instant action was commenced and, on October 30, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Miller to cure certain deficiencies if he wishes to pursue any claims in this Court in this action. Mr. Miller has not cured the deficiencies despite being granted an extension of time to do so. Instead, on December 11, 2013, he filed a Notice of Voluntary Dismissal (ECF No. 6) asking the Court to dismiss the instant action.

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Miller "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by any Defendant in this action. A voluntary dismissal pursuant

to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the instant action is dismissed without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 6). It is

FURTHER ORDERED that the voluntary dismissal is effective as of December 11, 2013, the date the notice of voluntary dismissal was filed in this action.

DATED at Denver, Colorado, this  12th  day of   December  , 2013.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court